# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00310-CV

**Angela Faye Seals, Appellant**

**v.**

**Virgil Lee Seals, III, Appellee**

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-11-001977, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due July 28, 2022. On appellant's four motions, the time for filing was extended to November 29, 2022. Appellant has now filed a fifth motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than December 28, 2022. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on December 2, 2022.

Before Justices Goodwin, Baker, and Kelly